UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LESHAWN BOONE,<br><br>           Plaintiff,<br><br>    v.<br><br>PETER SALCEDO, et al.,<br><br>           Defendants. | Case No. 1:20-cv-01037-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR A SUMMONS<br><br>(ECF No. 4, p. 3) |

      James Boone ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On June 9, 2020, Plaintiff asked the Court to send him a summons listing all of the defendants so that he can serve the complaint on defendants in a timely manner. (ECF No. 4, p. 3).

      Plaintiff's motion will be denied. As Plaintiff is a prisoner, the Court must screen Plaintiff's complaint. 28 U.S.C. § 1915A(a). If this case proceeds passed screening, as Plaintiff's pending application to proceed *in forma pauperis* will be granted, the Court and/or the United States Marshals Service will serve the complaint on defendants.

\\\

1

Accordingly, IT IS ORDERED that Plaintiff's request for a summons is DENIED.

IT IS SO ORDERED.

Dated:   **July 29, 2020**                                    /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE