UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LESHAWN BOONE,<br><br>            Plaintiff,<br><br>       v.<br><br>PETER SALCEDO, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01037-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF NOS. 1 & 16)<br><br>ORDER DISMISSING ACTION<br><br>ORDER FOR CLERK TO CLOSE CASE |

James Boone ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights case filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his action be dismissed because it is clear from the face of the complaint that this action is barred by the doctrine of *res judicata*," and that "[t]he Clerk of Court be directed to close this case." (ECF No. 16, p. 5).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on September 14, 2020. (ECF No. 17).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on August 27, 2020, are ADOPTED IN FULL;
2. This action is dismissed because it is clear from the face of the complaint that this action is barred by the doctrine of *res judicata*; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 8, 2020                                      _____
                                                                                  SENIOR  DISTRICT  JUDGE